No. 10,134.

J. W. HUBBS, ADMINISTRATOR, VS. MRS. PAULINE KAUFMAN,

EXECUTRIX.

This Court is bound to take cognizance of its own decisions, and in cases so intimately associated that one is a necessary incident of the other, the decree in one should be so framed as to give effect to the decree in the other, and save litigants unnecessary cost and delay,

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Burgess, J.*

*Kernan & Laycock and Leonard, Marks & Bruenn* for Plaintiff and Appellee.

*Cross & Buckner and Bernard Titche* for Defendant and Appellant.

The opinion of the Court was delivered by

WATKINS, J.   The plaintiff institutes this suit as the administrator of the succession of Adele Lamm, deceased.

It cannot be entertained, because we have just decided that he was not entitled to administer her succession separate and apart from that of her deceased husband, Leopold Dalsheimer, and rejected his demands with cost.

*Vide* succession of Adéle Lamm, Opposition of Mrs. Pauline Kaufman, No. 10,135.

We feel bound to take notice of our own decisions in cases thus intimately associated—one being an incident of the other—and so frame our decree in one as to give full force and effect to the decree in the other, and thus save the parties unnecessary delay and cost.

It is therefore ordered, adjudged and decreed that the judgment appealed from be annuled, avoided and reversed; and it is further ordered, adjudged and decreed that plaintiff's suit be dismissed at his cost in both courts; that the rights of the heirs of Adéle Lamm be reserved in the succession of Leopold Dalsheimer, deceased.